IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,
PLAINTIFF,

VS

HARLEY LAPKIN,
DEFENDANT,

CASE NUMBER 1:07MS00064
JUDGE: Unassigned
DECK TYPE: Miscellanous
DATE STAMP: 02/8/2007

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, PLAINTIFF, LESTER JON RUSTON, WHO IS A CIVIL DETAINEE, AND FILES THIS, HIS MOTION TO PROCEED IN FORMA PAUPERIS, AND WOULD SHOW THE COURT AS FOLLOWS:

I.

PLAINTIFF IS A CIVIL DETAINEE, HELD UNDER A CIVIL COMMITMENT PURSUANT TO 18 U.S.C. SECTION 4243, WHICH IS CURRENTLY UNDER APPELLATE REVIEW IN U.S V. RUSTON, 06-11216 5TH CIR. PLAINTIFF IS INDIGENT AND IS NOT SUBJECT TO THE PRISON LITIGATION REFORM ACT, AS HELD BY THE CIRCUIT COURT IN TROVILLE V. VENZ, 303 F.3d 1256, 1260 (11TH CIR. 2002), KOLOCOTRONIS V. MORGAN, 247 F.3d 726, 728 (8TH CIR. 2001) AND PERKINS V. HEDRICK, 340 F.3d 582, 583 (8TH CIR. 2003).

II.

PLAINTIFF WAS RULED I.F.P. IN RUSTON V. RIGGS, 06-0782 R.M.U., RUSTON V. JUSTICE DEPT. 06-0224 R.M.U. AND RUSTON V. ATF, 05-2314 R.M.U. D.C. DISTRICT COURT. PLAINTIFF ASSERTS HE IS ILLEGALLY DETAINED, WHICH IS PUBLIC RECORD IN RUSTON V. GUNJA, 07-3002-CV-S-FJG-H WESTERN DISTRICT OF MISSOURI, SOUTHERN DIVISION. PLAINTIFF ENCLOSES A COPY OF HIS INMATE TRUST ACCOUNT AS PROOF OF POVERTY (EXHIBIT "A" ATTACHED.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF, LESTER JON RUSTON, DOES FILE THIS, HIS MOTION TO PROCEED IN FORMA PAUPERIS, PURSUANT TO 28 U.S.C. SECTION 1915, AND DOES ATTACH HIS INMATE ACCOUNT STATEMENT AS PROOF OF POVERTY.

RESPECTFULLY SUBMITTED,

LESTER JON RUSTON # 26834-177
P.O. BOX 4000
SPRINGFIELD, MISSOURI 65801

CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS PROVIDED TO THE CLERK OF THE COURT ON THIS 22ND DAY OF JANUARY, 2007, BY PLACING SUCH IN THE INMATE MAIL BOX WITH FIRST CLASS POSTAGE AFFIXED, PURSUANT TO THE FED. R. CIV. P.

PLAINTIFF IS INDIGENT, AND DOES MOVE THE COURT TO ASSIST WITH SERVICE, PURSUANT TO RULE 4 AND 28 U.S.C. $ 1915, AND TO ISSUE SERVICE VIA THE U.S. MARSHAL'S SERVICE.

LES J. RUSTON

A.K.A. "THE BRUCE"

EXHIBIT A RUSTON V. LAPPIN MOTION I.F.P.



# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 26834177 | **Current Institution:** | Springfield MCFP |
| **Inmate Name:** | RUSTON, LESTER | **Housing Unit:** | MHU-FOR |
| **Report Date:** | 12/29/2006 | **Living Quarters:** | G01-218L |
| **Report Time:** | 12:15:07 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 12/8/2006 9:33:22 AM | 34 | | | Sales | ($3.90) | | $1.19 |
| SPG | 11/22/2006 8:55:42 AM | 14 | | | Sales | ($2.50) | | $5.09 |
| SPG | 11/17/2006 3:36:31 AM | TX111706 | | | Transfer - In from TRUFACS | $7.59 | | $7.59 |
| SPG | 5/25/2006 4:16:00 AM | TX052506 | | | Transfer - Out to TRUFACS | ($0.14) | | $0.00 |

1

**Total Transactions: 4**

**Totals:** **$1.05** **$0.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $1.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.19 |
| **Totals:** | **$1.19** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1.19** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,
PLAINTIFF, )
VS. )
HARLEY LAPPIN, )
DEFENDANT, )

CASE NUMBER 1:07MS00064
JUDGE: Unassigned
DECK TYPE: Miscellanous
DATE STAMP: 02/08/2007

DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, LESTER JON RUSTON, AM THE PLAINTIFF IN THE ABOVE ENTITLED CASE, IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES OR COSTS OR GIVE SECURITY THEREFORE, I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE COSTS OF SAID PROCEEDINGS OR TO GIVE SECURITY THEREFORE, AND THAT I BELIEVE I AM ENTITLED TO REDRESS.

I DECLARE THAT THE RESPONSES WHICH I HAVE MADE BELOW ARE TRUE.

1. I AM CURRENTLY JAILED AND UNEMPLOYED.
2. MY LAST EMPLOYMENT WAS IN MAY OF 2004, AT REVERE STAFFING, AT WHICH I MADE $7.00 PER HOUR, PLUS SELF EMPLOYMENT, WHICH VARIED.
3. DURING THE LAST 12 MONTHS I HAVE BEEN IMPRISONED AND HAVE ONLY RECEIVED A GIFT OF $20.00. I HAVE HAD NO OTHER INCOME.
4. MY INMATE ACCOUNT HAS $1.19 IN IT AND I HAVE NO FURTHER FUNDS OR BANK ACCOUNTS.
5. I HAVE NO AUTOMOBILES, REAL ESTATE, STOCKS, BONDS, NOTES, OR OTHER VALUABLE PROPERTY, EVERYTHING I OWN HAS BEEN STOLEN BY DALLAS COUNTY AND MY FAMILY.
6. NO ONE IS DEPENDENT ON ME FOR SUPPORT.
7. I HAVE NO RENT OR BILLS, DUE TO INCARCERATION, WHICH IS ILLEGAL.
8. REVERE STAFFING STOPPED PAYMENT ON MY LAST CHECK FOR $65.00.

I UNDERSTAND A FALSE STATEMENT OR ANSWER TO ANY QUESTIONS IN THIS DECLARATION WILL SUBJECT ME TO THE PENALTIES OF PERJURY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED ON THIS 20TH DAY OF JANUARY, 2007.

DECLARANT LESTER JON RUSTON

9-17-57 DATE OF BIRTH

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 SOCIAL SECURITY NUMBER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON #26834-177
P.O. BOX 4000
SPRINGFIELD, MISSOURI 65801
PLAINTIFF,

VS.

HARLEY LAPPIN, DIRECTOR
BUREAU OF PRISONS
320 FIRST ST. N.W.
WASHINGTON, D.C. 20534
DEFENDANT

SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY

COMPLAINT

CIVIL ACTION NO. ________________

BIVENS V. SIX UNKNOWN NAMED NARCOTICS AGENTS, 403 U.S. 388 (1971)

JURY TRIAL DEMANDED

JURISDICTION AND VENUE

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a) (3). THE COURT HAS SUPPLEMENTAL JURISDICTION UNDER 18 U.S.C. SECTION 1962 R.I.C.O. RACKETEERING. PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

THE DISTRICT OF COLUMBIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (a) (2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

PLAINTIFF

PLAINTIFF IS LESTER JON RUSTON, WHO IS A CIVIL DETAINEE, HELD UNLAWFULLY UNDER 18 U.S.C. SECTION 4243 IN AN ~~[illegible]~~ ACT OF FRAUD BY THE DEFENDANT AND ATTORNEY GENERAL, ALBERTO GONZALEZ. PLAINTIFF IS IN IMMINENT DANGER OF SERIOUS PHYSICAL HARM, AND HAS BEEN

REPEATEDLY ASSAULTED AND THREATENED WITH MURDER DURING HIS ALLEGEDLY ILLEGAL INCARCERATION, AS HELD IN BANOS V. O'GUIN, 144 F.3d 883, 884 (5TH CIR. 1998). YOUR PLAINTIFF ASSERTS A BELIEF HE IS NOT SUBJECT TO THE PRISON LITIGATION REFORM ACT, AS HELD BY THE COURTS IN TROVILLE V. VENZ, 303 F.3d 1256, 1260 (11TH CIR. 2002), KOLOCOTRONIS V. MORGAN, 247 F.3d 726, 728 (8TH CIR. 2001) AND PERKINS V. HEDRICK, 340 F.3d 582, 583 (8TH CIR. 2003).

DEFENDANT

DEFENDANT IS HARLEY LAPPIN, DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, WHO MAY BE SERVED WITH PROCESS AT 320 FIRST STREET N.W. WASHINGTON, D.C. 20534. HE IS RESPONSIBLE FOR THE ACTIONS OF ALL BUREAU OF PRISONS "STAFF". HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY. AT ALL TIMES ALLEGED IN THIS COMPLAINT, HE ACTED UNDER COLOR OF LAW.

FACTS

1. ON OCTOBER 31, 2006, PLAINTIFF DID NOTICE THE DEFENDANT OF REPEATED VIOLATIONS OF HIS CIVIL AND CONSTITUTIONAL RIGHTS, WHICH BEGAN OCTOBER 15, 2004, AND CONTINUE TO THIS FILING (SEE EXHIBIT "A" ATTACHED - COPY OF NOTICE). DEFENDANT HAS FULL KNOWLEDGE OF DEPRIVATIONS OF PLAINTIFF'S CIVIL AND CONSTITUTIONAL RIGHTS UNDER THE FIRST, FOURTH, FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION, DUE TO PLAINTIFF'S "CLASS" AS A BORN AGAIN CHRISTIAN (18 U.S.C. SECTION 247).

2. PLAINTIFF IS THE OWNER OF PENGUIN ENTERPRISES UNLIMITED, REGISTERED IN DALLAS COUNTY, TEXAS AND WITH THE STATE OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS # 2-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 AS A SOLE PROPRIETOR.

IN BECK V. PRUPIS, 529 U.S. 494 (2000), THE SUPREME COURT EXPLAINED THAT CONGRESS ENACTED R.I.C.O. TO ERADICATE ORGANIZED CRIME IN THIS COUNTRY, PROVIDING SEVERE PENALTIES FOR VIOLATIONS OF 18 U.S.C. SECTION 1962, AND ALSO A CIVIL CAUSE OF ACTION FOR A PERSON'S INJURY TO BUSINESS OR PROPERTY STEMMING FROM A VIOLATION OF SECTION 1962. ID. AT 496; 18 U.S.C. 1962-1964. SECTION 1962 MAKES IT UNLAWFUL TO RECEIVE INCOME OR COLLECT A DEBT FROM A PATTERN OF RACKETEERING ACTIVITY; TO INVEST ANY SUCH MONIES RECEIVED OR COLLECTED IN ANY ENTERPRISE AFFECTING INTERSTATE OR FOREIGN COMMERCE; TO AQUIRE OR MAINTAIN AN INTEREST IN SUCH AN ENTERPRISE THROUGH RACKETEERING ACTIVITY; OR TO CONSPIRE TO ENGAGE IN THE ABOVE ACTIVITIES. 18 U.S.C. SECTION 1962 (a)-(d). RACKETEERING ACTIVITIES INCLUDE EXTORTION, BRIBERY, COUNTERFEITING, EMBEZZLING, MAIL AND WIRE FRAUD, WITNESS TAMPERING AND THE LIKE. TITLE 18 U.S.C. SECTION 1961 (1).

3. DEFENDANT HAS CONSPIRED TO AQUIRE AND MAINTAIN AN INTEREST IN SUCH AN ENTERPRISE AND HAS ALLEGEDLY CONSPIRED TO ENGAGE IN THE ABOVE ACTIVITIES. DEFENDANT HAS CONSPIRED, UPON INFORMATION AND BELIEF, TO ENGAGE IN WITNESS TAMPERING WITH STAFF MEMBERS WARDEN MICHAEL BENOV OF THE MDC-LOS ANGELES, DR. MAUREEN BURNS OF THE MDC-LOS ANGELES, WARDEN DAN JOSLIN OF THE SEAGOVILLE F.C.I., WARDEN ROBERT McFADDEN AND JOSEPH E. GUNJA OF SPRINGFIELD MEDICAL CENTER FOR FEDERAL PRISONERS, DR. ROBERT G. SARRAZZIN AND DR. JAMES KENNETH WOLFSON OF THE SPRINGFIELD MEDICAL CENTER FOR FEDERAL PRISONERS AND ATTORNEYS JOYCE ZOLDAK, DARYL KOSIAK AND MR. McGUIRE, ALL EMPLOYED BY THE FEDERAL BUREAU OF PRISONS, TO VIOLATE PLAINTIFF'S 1ST, 4TH, 5TH, 6TH, 8TH AND 14TH AMENDMENT RIGHTS, PURSUANT TO THE U.S. CONSTITUTION, BEGINNING OCTOBER 15, 2004 TO THE PRESENT.

4. 28 U.S.C. SECTION 1343 REQUIRES DEFENDANT TO RENDER AID AND COMFORT FROM CIVIL AND CONSTITUTIONAL DEPRIVATIONS. FOLLOWING PLAINTIFF'S NOTICE OF OCTOBER 31, 2006, DEFENDANT DID "RETALIATE" AGAINST PLAINTIFF, AND DID HAVE PLAINTIFF THROWN INTO ADMINISTRATIVE DETENTION, WITH DUE PROCESS, HEARING, OR CAUSE, IN VIOLATION OF CFR 541.22, AND DID CAUSE THE WILLFUL DEPRIVATION OF PLAINTIFF'S PROPERTY, WITHOUT DUE PROCESS, IN VIOLATION OF THE 4TH AMENDMENT TO THE U.S. CONSTITUTION. THEFT OF PROPERTY, WITHOUT DUE PROCESS, IS THE CUSTOM, POLICY AND PRACTICE OF THE DEFENDANT, WHOSE STAFF "STOLE" PLAINTIFF'S PROPERTY IN OCTOBER OF 2004, AS WELL. (SEE EXHIBIT "A" 1 PAGE AND "B" 8 PAGES)

5. UPON INFORMATION AND BELIEF, DEFENDANT HAS TAMPERED WITH DR. MAUREEN BURRIS, DR. ROBERT G. SARRAZIN AND DR. JAMES KENNETH WOLFSON, AND HAS INSTRUCTED THEM TO ENGAGE IN MALPRACTICE BY FALSE AND INCORRECT DIAGNOSIS OF "NOT COMPETENT", WHICH WAS PROVEN FALSE, IN UNITED STATES DISTRICT COURT IN U.S. V. RUSTON, 3:04-CR-191-G, N.D. TEX., DALLAS DIVISION. FURTHER, UPON INFORMATION AND BELIEF, DEFENDANT HAS CONSPIRED TO "TAMPER" WITH THE THREE DOCTORS ABOVE TO ENGAGE IN IMPROPER COMMITMENT, UNNECESSARY HOSPITILIZATION, LIBEL AND SLANDER, AND INCORRECT TREATMENT, AS STATED BY DR. ROBERT I. SIMON, M.D. IN KAPLAN AND SADOCK'S COMPREHENSIVE TEXTBOOK OF PSYCHIATRY. MOTIVE IS TO AID AND ABETT STALKING, CONSPIRACY TO COMMIT ATTEMPTED MURDER, PERJURY, SUBORNATION OF PERJURY AND KIDNAPPING AND TORTURE IN ATTEMPTED "ENTRAPMENT", AS HELD IN JACOBSON V. U.S., 503 U.S. 540 (1992). SAID ALLEGED CONSPIRACY HAS VIOLATED PLAINTIFF'S 1ST, 4TH, 5TH, 6TH, 8TH, AND 14TH AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION. SAID DEPRIVATIONS CONTINUE, TO THIS FILING, AS ALLEGED IN RUSTON V. GUNJA, 07-3002-CV-S-FJG-H WESTERN DISTRICT OF MISSOURI, SOUTHERN DIVISION, A RELATED HABEAS CORPUS PETITION.

6. PLAINTIFF NOTICED DEFENDANT OF SAID ALLEGATIONS DESCRIBED IN PARAGRAPH FIVE (SEE EXHIBIT "A" ATTACHED), AND, UPON INFORMATION AND BELIEF, THE DEFENDANT DID ENGAGE IN FURTHER ACTS OF WITNESS TAMPERING, TO VIOLATE PLAINTIFF'S STATUTORY RIGHTS UNDER 18 U.S.C. SECTION 4247(d) AND 18 U.S.C. SECTION 4243(c) ONGOING AT THIS FILING. SAID ACTIONS ARE IN CONTEMPT OF A COURT ORDER, AND VIOLATING PLAINTIFF'S 4TH, 5TH, 6TH, 8TH AND 14TH AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION.

7. UPON INFORMATION AND BELIEF, AND IN RETALIATION FOR PLAINTIFF'S CIVIL ACTIONS AND COMPLAINTS TO THE OFFICE OF THE INSPECTOR GENERAL, THE DEFENDANT HAS INSTRUCTED THE "STAFF" OF THE SPRINGFIELD MEDICAL CENTER FOR FEDERAL PRISONERS TO VIOLATE THEIR OWN "PROGRAM STATEMENT" BY FAILING TO PROVIDE WORKING TYPEWRITERS FOR LEGAL WORK, OR INDIGENT SUPPLIES FOR THE TYPEWRITERS. DEFENDANT IS CONSPIRING TO IMPEDE PLAINTIFF'S ACCESS TO THE COURTS, AS HELD IN ALLAH V. SEIVERLING, 229 F.3d 220 (3RD CIR. 2000). FURTHER, UPON INFORMATION AND BELIEF, DEFENDANT HAS INSTRUCTED HIS "STAFF" TO CENSOR MAIL TO THE PRESS (EXHIBIT "B" AND "C" ATTACHED, DESPITE THE COURT'S HOLDINGS IN GRESSMAN V. FARRIER, 825 F.SUPP. 231 (N.D. IOWA 1993). PLAINTIFF HAS BEEN LIBELED AND SLANDERED AND HARASSED BY DEFENDANT AND HIS "STAFF", DESPITE PLAINTIFF'S 1ST AMENDMENT PROTECTED RIGHT TO FREEDOM OF SPEECH AND THE PRESS, AS HELD IN ABU-JAMAL V. PRICE, 154 F.3d 128 (3RD CIR. 1998). DEFENDANT DID ALSO HAVE THE SEAGOVILLE F.C.I. STAFF VIOLATE 541.22 CFR, WHICH RESULTED IN A DEATH THREAT AGAINST PLAINTIFF BY INMATE CLAYTON BRYANT CAVES, WHO HAS PLACED A "CONTRACT" ON PLAINTIFF'S LIFE, DUE TO WILLFUL 5TH AND 14TH AMENDMENT RIGHTS BY DEFENDANT AND HIS "STAFF". SAID "ACT" DID OCCUR ON AUGUST 17, 2006. PLAINTIFF HAS FILED FOR ALL DOCUMENTS ON THIS VIOLATION OF HIS RIGHTS, PURSUANT TO 5 U.S.C. SECTION 552/552(a)

AND THE DEFENDANT HAS ALLEGEDLY "ORDERED" HIS STAFF TO FAIL TO RESPOND TO SAID REQUEST, DESPITE CLEAR STATUTORY RIGHTS, (SEE EXHIBIT "6" ATTACHED 8- PAGES). THE DENIAL OF DOCUMENTS REQUESTED ARE VIOLATING PLAINTIFF'S 4TH, 5TH, 6TH, 8TH AND 14TH AMENDMENT RIGHTS AT THIS FILING. PLAINTIFF SUBMITTED HIS FREEDOM OF INFORMATION REQUEST IN OCTOBER OF 2006, AND THE DEFENDANT HAS FAILED TO RESPOND TO THIS FILING PLAINTIFF'S RIGHTS TO SAID DOCUMENTS ARE "STATUTORY", PURSUANT TO 18 U.S.C. SECTION 3771 AND 3521, YET ARE BEING DENIED BY DEFENDANT. PLAINTIFF SEEKS THESE RECORDS WITH THIS COMPLAINT, VIA RULE 34 "DISCOVERY".

8. BEGINNING IN OCTOBER OF 2004, AND CONTINUING TO THIS FILING, YOUR PLAINTIFF'S MAIL HAS BEEN REPEATEDLY, STOLEN, IMPEDED OR "LOST", WHICH IS VIOLATING PLAINTIFF'S 4TH, 1ST, 5TH, 6TH, 8TH, AND 14TH AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION, MOST NOTABLY FILINGS TO THE 5TH CIRCUIT APPEALS COURT HAVE BEEN IMPEDED, LOST OR STOLEN, MOST RECENTLY A PETITION FOR A WRIT OF MANDAMUS IN THE MATTER RUSTON V. DALLAS COUNTY, ET AL 3:06-CV-1592-M N.D. TEX., DALLAS DIVISION, A RELATED CIVIL MATTER. PLAINTIFF'S FILINGS TO THE CLERKS OF TARRANT, DALLAS AND COLLIN COUNTY, TEXAS HAVE ALSO BEEN LOST, STOLEN OR IMPEDED, PROMPTING A CRIMINAL COMPLAINT TO THE U.S. POSTAL INSPECTION SERVICE (PAGE 1 OF EXHIBIT "B" ATTACHED). PLAINTIFF NOTIFIED DEFENDANT, PURSUANT TO 28 U.S.C. SECTION 1343, YET PLAINTIFF'S MAIL CONTINUES TO BE IMPEDED, LOST OR STOLEN, TO VIOLATE HIS 4TH, 5TH, 6TH, 8TH AND 14TH AMENDMENT RIGHTS PURSUANT TO THE U.S. CONSTITUTION. UPON INFORMATION AND BELIEF, THE DEFENDANT IS CONSPIRING TO OBSTRUCT JUSTICE BY COMMITTING MAIL FRAUD AND IMPEDING THE PLAINTIFF'S U.S. MAIL. DEFENDANT, UPON INFORMATION AND BELIEF, HAS A CUSTOM, POLICY AND PRACTICE OF IMPEDING AND STEALING MAIL

9. UPON INFORMATION AND BELIEF, DEFENDANT LAPKIN HAS "TAMPERED" WITH THE U.S. ATTORNEY IN DALLAS, TEXAS AND WASHINGTON, D.C., TO SUPPRESS THE N.C.I.C RECORDS OF "WITNESS" JEFFREY DON ELMORE, IN VIOLATION OF RULE 608 AND 609 OF THE FEDERAL RULES OF EVIDENCE, DESPITE "COURT ORDERS" TO PRODUCE "BRADY" AND "GIGLIO" MATERIAL, AND DESPITE STATUTORY RIGHTS OF PLAINTIFF, PURSUANT TO 18 U.S.C. SECTION 3771 AND 3521, WHICH IS "MANDATORY", NOT PRECATORY. THE DEFENDANT, UPON INFORMATION AND BELIEF, HAS CONSPIRED WITH CORRUPT F.B.I. "OFFICIALS" AND SECRET SERVICE "OFFICIALS" TO SUPPRESS ELMORE'S N.C.I.C. AND B.O.P. RECORDS, WHICH WILL SHOW A CONSPIRACY TO KIDNAP AND TORTURE PLAINTIFF, IN RETALIATION FOR HIS STATUS AS WITNESS AGAINST R.I.C.O. RACKETEERING ENTERPRISES IN UTAH, TEXAS, NEW YORK, VERMONT, CONNECTICUT AND WASHINGTON, D.C. DEFENDANT APPEARS TO HAVE CONSPIRED TO JOIN IN THESE ENTERPRISES AND ENGAGE IN R.I.C.O. ACTS WITH THE McKINNEY TEXAS LAWFIRM OF ABERNATHY, ROEDER, BOYD AND JOPLIN. PLAINTIFF WAS "QUESTIONED" ABOUT THIS LAWFIRM BY B.O.P. "STAFF" MEMBERS DR. JAMES KENNETH WOLFSON, DR. ROBERT G. SARRAZIN, ANGIE CONOVER AND UNKNOWN SPRINGFIELD, MISSOURI STAFF MEMBERS WHILE DETAINED IN 10-C "ADMINISTRATIVE SEGREGATION" IN EARLY DECEMBER / LATE NOVEMBER 2006, GIVING RISE TO CONTINUED "WITNESS TAMPERING". PLAINTIFF IS IN LITIGATION AGAINST THIS R.I.C.O. RACKETEERING ENTERPRISE IN PLANO I.S.D. V. RUSTON, 380-786-98 IN DISTRICT COURT 380 COLLIN COUNTY, TEXAS, FALSELY CALLED A "DELUSION" AND "PARANOID" BY DEFENDANT AND HIS "STAFF", DESPITE THE "FACT" IT IS "PUBLIC RECORD", EASILY CONFIRMED BY DUE DILIGENCE. SAID "FRAUD" HAS CAUSED THE VIOLATION OF PLAINTIFF'S 5TH AND 14TH AMENDMENT RIGHTS ON A HEARING TO BE RELEASED FROM ILLEGAL CUSTODY, AS HELD IN BLESSING V. FREESTONE, 520 U.S. 329, 340-41 (1997).

LEGAL CLAIMS

10. PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS 1-9.

11. THE DEFENDANT DID WILLFULLY CONSPIRE TO VIOLATE PLAINTIFF'S CIVIL AND CONSTITUTIONAL RIGHTS, AND DID WILLFULLY CONSPIRE TO JOIN IN R.I.C.O. RACKETEERING ENTERPRISES IN MULTIPLE STATES, WHICH HAS DAMAGED PLAINTIFF'S PERSON, PROPERTY AND SMALL BUSINESS, PENGUIN ENTERPRISES UNLIMITED, BY HIS WILLFUL AND GROSS NEGLIGENCE, DEFENDANT HAS ALSO CONSPIRED WITH HIS "STAFF" TO COMMIT MEDICAL MALPRACTICE NEGLIGENCE BY EMPLOYEES UNDER HIS "AUTHORITY", AND FAILED TO RENDER AID TO CIVIL AND CONSTITUTIONAL DEPRIVATIONS UNDER COLOR OF LAW.

12. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF DEFENDANT UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

13. A DECLARATION THAT THE ACTS AND OMMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

14. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT FROM ENGAGING IN ANY FURTHER ACTS OF FRAUD, WITNESS TAMPERING, RETALIATION, THEFT OR CIVIL OR CONSTITUTIONAL DEPRIVATIONS, OR ANY ACT OF HARASSMENT.

15. COMPENSATORY DAMAGES IN THE AMOUNT OF $ 10,000.00 AGAINST THE DEFENDANT FOR THE DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS AND LOSS OF INCOME.

16. PUNITIVE DAMAGES IN THE AMOUNT OF $ 5,000.00 AGAINST THE DEFENDANT FOR THE INTENTIONAL INFLICTION OF EMOTIONAL AND MENTAL DISTRESS.

17. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

18. PLAINTIFF'S COSTS IN THIS SUIT.

19. ANY ADDITIONAL RELIEF THIS COURT DEEMS FAIR AND EQUITABLE.

DATED: 1-22-07

RESPECTFULLY SUBMITTED,

LESTER JON RUSTON # 26834-177
P.O. BOX 4000
SPRINGFIELD, MISSOURI 65801

AFFIDAVIT

PURSUANT TO RULE 65, I HEREBY CERTIFY THAT THE FOREGOING COMPLAINT IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT WITH SIGNATURE AFFIXED, PURSUANT TO 28 U.S.C. SECTION 1746.

EXECUTED AT SPRINGFIELD, MISSOURI ON 1-20-07

DECLARANT

LESTER JON RUSTON

CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED TO THE CLERK OF THE COURT ON THIS 22ND DAY OF JANUARY, 2007, BY PLACING SUCH IN THE INMATE MAIL BOX WITH FIRST CLASS POSTAGE AFFIXED. PLAINTIFF IS INDIGENT AND DOES REQUEST ASSISTANCE WITH SERVICE PURSUANT TO RULE 4 AND 28 U.S.C. SECTION 1915.

LES J. RUSTON

FROM THE DESK OF LES J. RUSTON

EXHIBIT "A" RUSTON V. LAPKIN

October 31, 2006

Federal Bureau of Prisons
Attn. Director Harley Lapkin
320 First Street, N.W.
Washington, D.C. 20534

Dear Sir,

I have been detained, illegally, and harassed by your staff, repeatedly since October 15, 2004.

Your staff stole all my legal paperwork on October 29, 2004, when I was sent to Oklahoma City, to be transported to MDC-Los Angeles.

Your lesbian witch, Maureen Buriss, did then conspire to commit misprision of a felony and subornation of perjury, for which I have sued her in Los Angêles.

Your staff in Sprinfield, Missouri, most notably Steve Dana and Lt. Richards, did conspire to file fraudulent papers on me to obstruct my first amendment rights to contact my associates in the media, for whom I have done contract work.

Lt. Richards did then "retaliate" for complaints I filed on him by violating CFR 541.22 when I was taken back to Oklahoma City on May 27, 2006, subject of a Freedom of Information Act request letter to Joyce Zoldak, your associate counsel, who refuses to answer such.

Warden Dan Joslin did then conspire to violate my 5th and 14th Amendment rights by throwing me into Administrative Segregation, in retaliation for legal work I am providing, and Assistant Warden Marne Boyle refuses to respond to my two cop-outs for specific answers as to whom the "outside source" and "two persons" are that conspired with Dan Joslin, which is public record in Ruston v. United States, 3:06-CV-1608-P N.D. Texas, Dallas Division.

Pursuant to 28 U.S.C. § 1343, this is legal notice that Harley Lapkin is now legally culpable for all of these actions, and the "fact" that your staff refuse to provide the supplies necessary for me to perform my legal work.

This is my one and only Administrative Request foryou to resolve these issues, immediately, or I will file suit against you in D.C. District Court under Bivens v. 6 Unknown Named Narcotics Agents, which I know you are very familiar with.

I was found "Not Guilty" on October 12, 2006, therefore I am a civil detainee, and not a prisoner within the definition of the PLRA. I suggest you make sure your staff is aware of this. Further, the governments acts of fraud are on appeal at the 5th Circuit and I am seeking criminal charges of everyone.

Very Truly Yours,

Les J. Ruston
#26834-177
a.k.a. The Bruce

cc file 3:06-CV-1608-P

UNITED STATES POSTAL INSPECTION SERVICE
FORT WORTH DIVISION

EXHIBIT "B"

RUSTON V. LAPPIN 1 OF 8

July 25, 2006

Les J. Ruston
Reg. NO 26874-177
FEDERAL CORRECTIONAL INSTITUTION
PO Box 9000
Seagoville, tX 75159-9000

The U. S. Postal Inspection Service is in receipt of your complaint concerning incoming and outgoing mail at correctional institutions. The appropriate mail security regulations per the Administrative Support Manual, Section 274.96, are as follows:

"Authorized personnel of prisons, jails, or other correctional institutions, under rules and regulations promulgated by the institution, may open, examine, and censor mail sent from or addressed to, an inmate of the institution. An inmate may designate in writing an agent outside the institution to receive his or her mail, either through an authorized address of the agent if the mail is so addressed, or at the delivery post office serving the institution, if the mail is addressed to the inmate at the institution."

Correspondence from inmates does not become U. S. Mail until it comes into the actual custody and control of the U. S. Postal Service, either when given to a postal employee or when deposited into a receptacle authorized by the Postmaster General for the receipt of mail; (i.e. a street collection box, lobby drop in a post office, etc.). Once the mail has been delivered to an authorized mail room, it is considered delivered and as such is no longer mail matter. Therefore, unless items are considered actual mail matter as referenced above, the federal laws pertaining to the protection of mail matter do not apply.

Once mail has been delivered as addressed, it is no longer considered mail matter and therefore no longer falls under the jurisdiction of the U.S. Postal Service. The addressee upon receiving the mail may do whatever they deem with the mailpiece.

You may wish to bring this problem to the attention of the authorities having administrative jurisdiction over the institution where you are confined.

U. S. Postal Inspection Service

DIVISION HEADQUARTERS
14800 TRINITY BLVD., SUITE 600
FORT WORTH TX 76155-2675
TELEPHONE: 817-359-2700
FAX: 817-359-2708
http://www.usps.com/postalinspectors/

"Exhibit "B" Ruston v. Lappin 2 of 8

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) [illegible] | DATE: [illegible] |
|---|---|
| FROM: [illegible] | REGISTER NO.: [illegible] |
| WORK ASSIGNMENT: [illegible] | UNIT: [illegible] |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

G. Martin, your [illegible] [illegible] stole my stamps and some legal work out of my [illegible] boxes. I had 80 stamps and he gave me "6". Also I am being [illegible] "see" [illegible] violation of CFR [illegible] [illegible] cause hearing or due process, and being denied access to law library. I have legal filings to do and your staff is impeding my access to the courts. I would like to know why as your "staff" has been good to me the first time I came here. Please help.

Thanks

CES

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



EXHIBIT "B" RUSTON V. LAPKIN 3 OF 8

## RESPONSE TO CORRESPONDENCE SENT TO THE DIRECTOR

Name: RUSTON, Les Register Number: 26834-177 Unit: G01-007L

This is in response to your Inmate Correspondence submitted to the office of the Director of the Bureau of Prisons dated October 31, 2006. Specifically, you contend:

(1) You have been detained illegally.

(2) You were found not guilty and are therefore a civil detainee.

Our investigation into this matter revealed there is no evidence to support your allegations.

On May 26, 2005, you were committed to the Bureau of Prisons for Hospitalization and Treatment pending the completion of a 4241/44/45. On October 30, 2006, you were committed to MCFP Springfield under a 4243, hospitalization and treatment which have not been completed at this time.

Based upon our investigation, your issues have been addressed.

J. E. Gunja, Warden

12/13/06
Date

EXHIBIT "B" RUSTON V. [illegible] 4 OF 8 CC UNITED STATES DISTRICT COURT 28 U.S.C. SECTION 2241(c)(3)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) MR. McGUIRE LEGAL DEPT. | DATE: 12-24-06 |
|---|---|
| FROM: LES J. RUSTON | REGISTER NO.: 26834-177 |
| WORK ASSIGNMENT: | UNIT: 10-6 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

YOU ARE VIOLATING 18 U.S.C. SECTION 4243(c). BY LAW A HEARING MUST BE CONDUCTED WITHIN 40 DAYS OF A SPECIAL VERDICT. THE SPECIAL VERDICT WAS ISSUED OCT. 16, 2006. IT IS NOW 68 DAYS AND NO HEARING. FURTHER THE DISTRICT COURT VIOLATED RULE 609 OF THE FEDERAL RULES OF EVIDENCE AND YOU ARE AIDING AND ABETTING THIS VIOLATION. I WANT TO KNOW WHY I AM STILL HELD IN THIS FACILITY AND WHY YOUR STAFF IS COMMITTING MISPRISION OF A FELONY IN PERJURY STALLING, ETC. I WANT YOU TO LOOK UP JEFFREY DON ELMORE ON G.O.P. WEB SITE. THIS IS GOVERNMENT'S "WITNESS"! SEE YOU IN CIVIL COURT! EXPLAIN THIS ALL, IN WRITING! LES

(Do not write below this line)

DISPOSITION:

NOW WELL OVER 75 DAYS ALLOWABLE

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FEDERAL BUREAU OF PRISONS
ATTN: DIRECTOR H. LAPKIN
320 FIRST ST. N.W.
WASHINGTON, D.C. 20534

DEC. 1, 2006

EXHIBIT "B" RUSTON V. LAPKIN

5 OF 8

DEAR SIR,

ON OCT. 31, 2006, I SERVED YOU NOTICE OF FRAUD BY Y.M. STAFF.

ON NOV 17, 2006, I WAS TRANSFERRED TO SPRINGFIELD MEDICAL CENTER, AND THROWN INTO ADMINISTRATIVE SEGREGATION, WITHOUT CAUSE, HEARING, OR DUE PROCESS, IN VIOLATION OF CFR 541.22, AND YOUR STAFF STOLE MY STAMP SUPPLY, AS WELL AS OTHER ITEMS OUT OF MY PROPERTY.

YOUR STAFF REFUSE MY REQUESTS FOR LAW LIBRARY, STAMPS FOR LEGAL FILINGS, AND ARE OBSTRUCTING MY ACCESS TO ALL COURTS IN WHICH I HAVE CIVIL CASES FILED, IN VIOLATION OF MULTIPLE COURT HOLDINGS, MOST NOTABLY ALLAH V. SEIVERLING, 229 F.3d 220 (3rd Cir. 2000).

PURSUANT TO 28 USC SECTION 1343, YOU ARE ON NOTICE TO RENDER AID TO THESE CONSTITUTIONAL DEPRIVATIONS, UNDER THE 5TH AND 14TH AMENDMENTS TO THE U.S CONSTITUTION, "DUE PROCESS"

I HOPE YOUR TREATING "STAFF" LIKE THIS ICE STORM, AND IT CAUSES THEM 10 TIMES THE "DAMAGE" IT CONTINUES TO CAUSE ME, PURSUANT TO PSALMS 94.

SINCERELY,

LES J. RUSTON #26834-177
P.O. BOX 9000
SPRINGFIELD, MISSOURI 65801

CC FILE

FROM THE DESK OF LES J. RUSTON

September 27, 2006

EXHIBIT "B" RUSTON V. LAPKIN

6 OF 8

Joyce Zoldak
Federal Bureau of Prisons
Associate General Counsel
320 First Street, N.W. Room 977 HOLC
Washington, D.C. 20534

Dear Joyce,

You have still failed to answer my F.O.I.A. request letter. Please explain it to Judge Urbina now, as it is "public record" in Ruston v. Justice Department, 06-0224 RMU.

I will let you explain your alleged act of "retaliation, and the death threat you caused in Ruston v. United States, 3:06-CV-1608-P N.D. Texas, Dallas Division.

Please let this letter serve as your one and only notice to cease and desist any further acts of retaliation or obstruction of justice with Warden DAn Joslin and his skin head snitch, Clayton Caves.

Please let this serve as notice, pursuant to Rule 11 Fed.R.Civ.P. Do not fileanother document to obstruct justice against me, or to retaliate against me, due to your retarded staff members in Springfield, Missouri, most notably that idiot, Lt. Richards, that threatened to assault, blackmail and murder Don Hewitt of CBS Television, then tried to blame it onsomeby [illegible],

I'll let you explain it to Don, an associate of mine. I've done some of my finest work for CBS.

You continue to deny me litigating supplies and copies and carbon papers. I will let you explain it to Harley Lapkin, when I sue him in D.C.

He has been served notice of legal culpability for your brain farts, Joycies Well, you know what direction poo-poo flows, Joyce, we have the video tapes to prove it!!!!

Best of luck and please respond in writing soon, without any further death threats.

Very Truly Yours,

Les J. Ruston
#26834-177
a.k.a. "The Bruce"

cc file Ruston v. United States, 3:06-CV-1608-P

BP-S288.052 **INCIDENT REPORT** /FRM
MAY 1994
**U.S. DEPARTMENT OF JUSTICE**

EXHIBIT C RUSTON V. LAPKIN
7 OF 8

**FEDERAL BUREAU OF PRISONS**

1. Name of Institution: **USMCFP SPRINGFIELD**

Part I - Incident Report

| 2. Name of Inmate<br>Ruston, Lester | 3. Register Number<br>26834-177 | 4. Date of Incident<br>07-21-2005 | 5. Time<br>0930AM |
|---|---|---|---|
| 6. Place of Incident<br>SIS OFFICE | 7. Assignment<br>U/A | 8. Unit F01 | |

9. Incident Threatening Another With Bodily Harm **CODE 203**

11. Description of Incident (Date: 7/21/05 Time: 930am Staff becomes aware of incident)

Inmate Ruston #26834-177 sent a letter addressed to CBS Television threatening to blackmail and kill Don Hewitt.

LIES AND FRAUD 18 U.S.C. SECTION 241
1ST AMENDMENT RIGHTS

| 12. Signature Of Reporting Employee | Date And Time<br>7/21/05<br>1000am | 13. Name And Title (Printed)<br>Steve Dana SOS |
|---|---|---|

| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered<br>7/21/05 | 16.time Incident Report Delivered<br>14:10 |
|---|---|---|

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

FRAUD NO DHO HEARING EVER CONDUCTED

18. A. It Is The Finding Of The Committee That You:
_____ Committed The Following Prohibited Act.
_____ Did Not Commit A Prohibited Act.

B. _____ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. _____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _______________ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairman (Typed Name/signature) Member (Typed Name) Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)

Replaces BP-288(52) Of Jan 88

EXHIBIT "B" RUSTON V. LAPKIN 8 OF 8

INMATE REQUEST TO STAFF MEMBER

RESPONSE

F01-208L

NAME: RUSTON, Lester REGISTER NO. 26834-177

This response concerns your letter to The Attorney General, dated July 23, 2005.

You contend:

Staff retaliated against you. You enclosed in this letter, and identified as your evidence, an incident report written July 21, 2005, charging you with threatening another with bodily harm.

You made no specific request.

Our inquiry revealed:

The incident report was based on a letter you placed in the mail, to CBS television.

Therefore, your request has been addressed, but there is no evidence of retaliation.

R. M[signature]
Robert E. McFadden, Warden

8/19/05
Date

RETALIATED BY ADMINISTRATIVE SEG. ON MAY 27, 2006 AT OKLAHOMA TRANSFER CENTER, SUBJECT OF F.O.I.A. REQUEST

EXHIBIT "C" RUSTON V. LAPPIN 1 OF 1

Received 01/03/07

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) REC DIRECTOR - MRS. POJAR | DATE: 1-2-07 |
|---|---|
| FROM: LES J. RUSTON | REGISTER NO.: 26834-177 |
| WORK ASSIGNMENT: | UNIT: 10-6 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

3 OF THE 5 TYPEWRITERS ARE MALFUNCTIONING. THIS IS CAUSING PROBLEMS, AS PEOPLE ARE FIGHTING OVER TYPEWRITER TIME. MR. McGUIRE, YOUR LAWYER, TOLD ME TO BRING THIS TO YOUR ATTENTION. CAN YOU PLEASE HELP US OUT.

THANK YOU, MA'AM

LES

(Do not write below this line)

DISPOSITION:

All typewriters are operable.

FRAUD 3 OF 5 ARE MALFUNCTIONING

REFUSE TO REPLACE OR PROVIDE INDIGENT RIBBONS

| Signature Staff Member | Date 01/03/07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

...fully respond to your

ACCORDING TO LAW LIBRARY CLERK, REC. DIRECTOR REFUSES TO PLACE TYPEWRITERS OUT. MOST OF THE LAW LIBRARY TYPEWRITERS ARE BROKEN. THIS IMPEDES ACCESS TO THE COURTS, WHICH THE COURTS HAVE RULED IS ILLEGAL. WE NEED TYPEWRITERS THAT WORK. THAT REC DIRECTOR WOMAN DOESN'T SEEM TO CARE. CAN YOU HELP?!

THANK YOU, MA'AM.

LES [signature]

(Do not write below this line)

DISPOSITION:

~~Referred to SOE~~ for a response.

[signature]

| Signature Staff Member | Date |
| --- | --- |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper