UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Lester Jon Ruston, | ) |
| Plaintiff, | ) |
| v. | CASE NUMBER 1:07MS00064 |
| Harley Lappin, | JUDGE: Unassigned |
| Defendant. | DECK TYPE: Miscellanous |
| | DATE STAMP: 02/08/2007 |

### ORDER

Pursuant to 28 U.S.C. § 1915(g), plaintiff is barred from proceeding *in forma pauperis* in this civil action. *See Ruston v. Dallas County,* 2005 WL 264286 (N.D. Tex.) (adopting magistrate judge's finding that plaintiff is barred by the three-strikes provision of 28 U.S.C. § 1915(g)). Accordingly, it is this 8th day of February 2007,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice to refiling with plaintiff's tender of the $350.00 filing fee.

SO ORDERED.

United States District Judge